Michael Longo, Respondent, v. Adirondack Drilling, Inc., Appellant.

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.